IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS LEE DAWKINS,

    Petitioner,                 No. CIV S-03-1643 FCD EFB P

    vs.

JOE McGRATH, Warden,                    <u>ORDER</u>

    Respondent.
_____/

    Initial review of this action demonstrates that the decisions of the Lassen County Superior Court and California Supreme Court, referenced at page 7, lines 6 through 12, of respondent's answer are not included in the record; although "Exhibit B" is referenced, it does not contain these court documents.

    Accordingly, it is hereby ORDERED that respondent shall file, and serve upon petitioner, within ten (10) days of the filing date of this order, the underlying decisions in this action by the Lassen County Superior Court and California Supreme Court.

    SO ORDERED.

DATED: April 22, 2008.

                                                 EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE